Javier RAMIREZ VILLALOBOS; et al., Petitioners,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 07–74410.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2009.*

Filed April 29, 2009.

Javier Ramirez Villalobos, Monrovia, CA, pro se.

Maria Elena Ramirez, Monrovia, CA, pro se.

OIL, John J.W. Inkeles, Esquire, Trial, Stacy Stiffel Paddack, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GRABER, GOULD, and BEA, Circuit Judges.

MEMORANDUM **

Javier Ramirez Villalobos and Maria Elena Ramirez, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' order dismissing their appeal from the immigration judge's decision denying their application for cancellation of removal.

We lack jurisdiction to review the agency's discretionary determination that petitioners failed to show exceptional and extremely unusual hardship to their qualifying relatives. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir. 2005).

PETITION FOR REVIEW DISMISSED.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.